LIPSON NEILSON P.C.
JOSEPH P. GARIN
Nevada Bar No. 6653
JESSICA A. GREEN
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INA SCHNITZER a/k/a JORDAN CARVER, ARIANNY CELESTE LOPEZ, HILLARY HEPNER, JESSICA BURCIAGA, JOANNA KRUPA, LINA POSADA, and LUCY PINDER<br><br>Plaintiffs,<br><br>vs.<br><br>TWO M, INC. d/b/a DIAMOND CABARET,<br><br>Defendant. | Case No.: 2:19-cv-01220-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsels that Defendant TWO M, INC. d/b/a DIAMOND CABARET, ("Defendant") shall have through and including **October 16, 2019**, within which to file and serve a response to Plaintiffs' Complaint (ECF No. 1). This is the first request for extension from the original due date of October 2, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

Pursuant to Local Rule IA 6-1(a), the parties state the reason for the continuance is that Defendant's counsel has just been recently retained to represent Defendant. The parties have entered into an agreement in good faith and not for purposes of delay.

DATED this 30th day of September, 2019.

ALVERSON TAYLOR & SANDERS

/s/ David M. Sexton
_____
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149

*Attorneys for Plaintiffs*

DATED this 30th day of September, 2019.

LIPSON NEILSON P.C.

/s/ Jessica A. Green
_____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: October 2. 2019