**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| INA SCHNITZER a/k/a JORDAN CARVER, ARIANNY CELESTE LOPEZ, HILLARY HEPNER, JESSICA BURCIAGA, JOANNA KRUPA, LINA POSADA, and LUCY PINDER<br><br>Plaintiffs,<br><br>vs.<br><br>TWO M, INC. d/b/a DIAMOND CABARET<br><br>Defendant. | Case No. 2:19-cv-01220-GMN-CWH<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COME NOW Plaintiffs, INA SCHNITZER a/k/a JORDAN CARVER, ARIANNY CELESTE LOPEZ, HILLARY HEPNER, JESSICA BURCIAGA, JOANNA KRUPA, LINA POSADA, and LUCY PINDER (collectively "Plaintiffs") by and through their counsel of record, the law firm of Alverson Taylor & Sanders, and Defendant, TWO M, INC. d/b/a DIAMOND CABARET ("Defendants") by and through their counsel of record, the law firm of Lipson Neilson, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, cross-claims, or third-party

1                                                                                          KRB/26296

claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 20th day of December, 2021.

ALVERSON TAYLOR & SANDERS

By: */s/ David M. Sexton*
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
David M. Sexton, Esq.
Nevada Bar No. 14951
6605 Grand Montecito Pkwy, Suite 200
Las Vegas, NV 89149
*Attorneys for Plaintiffs*

DATED this 20th day of December 2021.

LIPSON NEILSON P.C.

By: */s/ Lisa J. Zastrow*
Joseph P. Garin, Esq.
Nevada Bar No. 6653
Lisa J. Zastrow, Esq.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Defendant*

**ORDER**

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **GRANTED**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this  22  day of December, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

V:\Old Z-Client\26296\pleading\SAO to Dismiss_Diamond_26296.docx

2

KRB/26296